UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

Global Growth, LLC; GBIG Capital, LLC; and Greg Lindberg,

       Plaintiff(s),

vs. Mike Causey, in his official and individual capacities,

       Defendant(s).

Case No.: 1:20-cv-248

### DISCLOSURE OF CORPORATE, AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

__Global Growth, LLC__ who is __Plaintiff__,
(Name of Party)      (Plaintiff/moving party or defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (✔) No

2. Does party have any parent corporations?

    ( ) Yes      (✔) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____
    _____
    _____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes    (✔) No

   If yes, identify all such owners: _____
   _____
   _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes    (✔) No

   If yes, identify entity and nature of interest: _____
   _____
   _____

| /s/ Matthew Nis Leerberg | March 17, 2020 |
|---|---|
| (Signature) | (Date) |

MDNC (01/03)