# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | | |
|---|---|---|
| Global Growth, LLC; GBIG Capital, LLC; and Greg Lindberg | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:20CV248 |
| Mike Causey, in his official and individual capacities, | ) ) ) ) | |
| *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mike Causey
2876 Causey Lake Road
Greensboro, NC 27406-8347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Nis Leerberg
Fox Rothschild LLP
P.O. Box 27525
Raleigh, NC 27611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

| | | |
|---|---|---|
| John S. Brubaker | | March 17, 2020 |
| Clerk | | Date |
| /s/ Jamie L. Sheets | | |
| Deputy Clerk | | |

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mike Causey

was received by me on *(date)* March 19, 2020 .

☒ I personally served the summons on the individual at *(place)* 2876 Causey Lake Road Greensboro, North Carolina on *(date)* March 19, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 19, 2020

*Anthony C Davis*
*Server's signature*

Anthony C. Davis
*Printed name and title*

8480 Honeycutt Rd. #200 Raleigh, NC 27615
*Server's address*

Additional information regarding attempted service, etc: