IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| GLOBAL GROWTH, LLC; GBIG CAPITAL, LLC; and GREG LINDBERG, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20-CV-248 |
| MIKE CAUSEY, in his official and individual capacities, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed on September 8, 2020, Doc. 29,

It is hereby **ORDERED AND ADJUDGED** that the defendant's motion to dismiss, Doc. 19, is **GRANTED** and this case is **DISMISSED** with prejudice as to the plaintiffs' constitutional claims, and without prejudice as to the state law claims.

This the 9th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE